UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    RODENNA MEDIANTE BARTOLO    BANKRUPTCY NO.: 19-57975-MLO
    CHAPTER 7
    HONORABLE MARIA L. OXHOLM

    DEBTOR
_____/

ERICA L. CICCHELLI (P58553)
Attorney for Debtor
15900 W. 10 Mile Rd., Suite 201
Southfield, MI 48075
(248) 552-9210

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000                                    /

**RESPONSE TO MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY**

    Santander Consumer USA Inc. ("Creditor"), in response to Debtor's Motion for Authority to Redeem 2012 Cadillac CTS, states as follows:

    1.    As to Paragraph 1, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

    2.    As to Paragraph 2, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

    3.    As to Paragraph 3, the Creditor denies that the fair market value of the vehicle is $7,142.00. Based on the NADA Official Used Car Guide, Creditor asserts that the value of the vehicle is approximately $11,100.00.

4. As to Paragraph 4, the Creditor neither admits nor denies and leaves the Debtor to her proofs.

In conclusion, the Creditor prays that the Court deny Debtor's Motion for Redemption.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*

_____
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
ecf@orlaw.com

DATED: February 17, 2020