UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

RODENNA MEDIANTE BARTOLO     BANKRUPTCY NO.: 19-57975-MLO
CHAPTER 7
HONORABLE MARIA L. OXHOLM

DEBTOR
_____/

ERICA L. CICCHELLI (P58553)
Attorney for Debtor
15900 W. 10 Mile Rd., Suite 201
Southfield, MI 48075
(248) 552-9210

CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000     /

**PROOF OF SERVICE OF RESPONSE TO MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY**

CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 17th day of February, 2020, a copy of Santander Consumer USA Inc.'s Response to Motion for Authority to Redeem Personal Property and this Proof of Service was served upon:

| | |
|---|---|
| Erica L. Cicchelli | Timothy J. Miller |
| Attorney for Debtor | Chapter 7 Trustee |
| 15900 W. 10 Mile Rd., Suite 201 | 64541 Van Dyke, Suite 101 |
| Southfield, MI 48075 | Washington, MI 48095 |
| | |
| Rodenna Mediante Bartolo | |
| 9595 East Pickwick Cir. | |
| Southfield, MI 48075 | |

electronically pursuant to the court notice of service, and to those not electronically registered by placing the documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                O'REILLY RANCILIO P.C.

                */s/ Craig S. Schoenherr, Sr.*
                _____
                CRAIG S. SCHOENHERR, SR. (P32245)
                Attorney for Creditor
                O'REILLY RANCILIO P.C.
                Sterling Town Center
                12900 Hall Road, Suite 350
                Sterling Heights, MI  48313-1151
                (586) 726-1000
                ecf@orlaw.com

DATED:  February 17, 2020